# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144510 & (26)(27)(28)

HARVEY GROESBECK, Individually, and
as Guardian of LORETTA GROESBECK,
a protected person,
         Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD BI-COUNTY HOSPITAL,
d/b/a HENRY FORD MACOMB HOSPITAL,
d/b/a THE DETROIT OSTEOPATHIC
HOSPITAL,
         Defendant-Appellant.

SC: 144510
COA: 307069
Macomb CC: 2009-003523-NO

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 19, 2012 and December 15, 2011 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay and motion for peremptory reversal are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

d0227